| County Court, El Paso County, Colorado<br>Court Address: 270 S. Tejon, Colorado Springs, Colorado | |
|---|---|
| | DATE FILED: November 19, 2013 4:53 PM<br>FILING ID: BD1E2F81A7B1A<br>CASE NUMBER: 2013C 40753 |
| Plaintiff(s): Credit Systems, Inc.,<br><br>v.<br><br>Defendant(s) / Cross Plaintiff: Letticia Ruiz,<br><br>v.<br><br>Cross Defendant (s): Brien Whittington, Aetna Health & Life Insurance Company d/b/a, Aetna, Aetna Casualty, Aetna Health, Inc., Aetna Health Insurance Company. | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>Joshua Reilly<br>Reilly Manning, LLC<br>12150 E. Briarwood Ave., #202<br>Centennial, CO 80112<br><br>Phone Number: (720) 548-8083  E-mail:<br>jr@reillymanninglaw.com<br>FAX Number: (720) 528-7853  Atty. Reg. #: 42640 | Case Number:2013c040753<br><br>Division     Courtroom |
| **ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE & CROSS CLAIM** | |

The Defendant / Cross Plaintiff, Leticia Ruiz (herein "Plaintiff Ruiz"), by and through counsel, Reilly Manning, LLC, answers the complaint as follows and herewith files a cross claim, and states the following:

1. The Defendant / Plaintiff Ruiz denies the following allegations in paragraphs: 6, 7.

2. The Defendant / Plaintiff Ruiz admits the following allegations in paragraphs: 4, 5.

3. The Defendant / Plaintiff Ruiz is without sufficient knowledge to admit or deny the following paragraphs: 1, 2, 3.

**First Affirmative Defense**

4. The complaint fails to state a claim upon which relief may be granted.

**EXH B**

## Second Affirmative Defense

5. Plaintiff's lawsuit is frivolous and vexatious pursuant to C.R.S. 13-17-101.

## Third Affirmative Defense

6. Plaintiff's damages, if any, may be due to the actions of a third party over whom the Defendant had no control or right of control.

## Fourth Affirmative Defense

7. Plaintiff's claims may be barred, in whole or in part, due to Plaintiff's failure to mitigate their damages, if any.

## Fifth Affirmative Defense

8. Plaintiff's alleged injuries may have been caused by an intervening or supervening cause.

9. Defendant / Plaintiff Ruiz reserves the right to assert additional affirmative defenses as may become known during the course of discovery.

## Cross Claim & General Allegations

1. Defendants Aetna Health Insurance (herein "Defendant Aetna") and Brien Whittington (herein "Defendant Whittington") are corporations or individuals doing business in the County of El Paso, State of Colorado.

2. The Plaintiff Ruiz believes that her damages and losses exceed the jurisdiction of the court.

3. Such claims arise out of transactions that occurred at Defendant Brien Whittington's office and the offices of Defendant Aetna regarding medical billing and practices, which were not properly handled by Plaintiff Ruiz' two health insurance companies nor Defendant Brien Whittington. These transactions were not properly handled by both Defendants' giving rise to this counter claim.

## First Claim for Relief against Defendant Whittington
## Breach of Fiduciary Duty

4. Plaintiff Ruiz hereby incorporates all previous statements as if statements were set forth verbatim. The Defendant Whittington was acting as a fiduciary of the Plaintiff Ruiz with respect to Plaintiff Ruiz' medical care and billing. Defendant Whittington breached that duty causing the Plaintiff damages and losses.

## Second Claim for Relief against all Cross Defendants'
## Negligence Per Se
(HIPPA, AMA Guidelines, Colorado Medical Practices Act, Division of Insurance)

*(including but not limited to C.R.S. §12-36-117(1)(p) &(1)(t))*

5. Plaintiff Ruiz hereby incorporates all previous statements as if statements were set forth verbatim. Defendants' violated multiple statutes, ordinances, and rules which were designed to protect against the type of injuries or losses the Plaintiff Ruiz has suffered, which were also designed to protect individuals like the Plaintiff Ruiz.

### Third Claim for Relief against all Cross Defendants
### Breach of Contract & (Implied Third Party Beneficiary)

6. Plaintiff Ruiz hereby incorporates all previous statements as if statements were set forth verbatim. Both Defendants, in the course of their business had a contract by which the Plaintiff Ruiz was a direct and intended third party beneficiary. Upon information and belief, there was an express contract pursuant to which Defendants Aetna and Brien Whittington, in which they undertook obligations with respect to the payment of medical bills for the Plaintiff Ruiz. Upon information and belief, Plaintiff Ruiz was an intended beneficiary of the contract, and a direct beneficiary of the contract. Each Defendant breached this third party contract with respect to Plaintiff Ruiz and as a direct and proximate result of that breach Plaintiff Ruiz suffered damages and losses. Defendant Aetna also breached a first party contract causing the Plaintiff Ruiz damages and losses.

### Fourth Claim for Relief against all Cross Defendants
### Violations of the Colorado Consumer Protection Act

7. Plaintiff Ruiz hereby incorporates all previous statements as if statements were set forth verbatim. Both Defendants, in the course of their business engaged in a deceptive trade practice by incorrectly billing and or denying payment of Plaintiff Ruiz' medical bills. Defendants failed to obtain the appropriate information and or intentionally withheld information from each other, which caused Plaintiff Ruiz damages and losses. Both Defendants made attempted to profit by way of these actions and or inaction. The Defendants acted in bad faith and this will be proven by clear and convincing evidence.

### Fifth Claim for Relief against Defendant Aetna
### Unreasonable Delay and Denial

8. Plaintiff Ruiz hereby incorporates all previous statements as if statements were set forth verbatim. Plaintiff Ruiz had health insurance through Defendant Aetna at the time of the incidents claimed herein. The subject incidents give rise to the payment of benefits for injuries sustained by the Plaintiff and or medical bills. Defendant Aetna has unreasonably delayed and denied payment of a claim for benefits owed to the Plaintiff. Furthermore, Defendant Aetna does not have a reasonable basis for delaying and/or denying said claim, and as such Defendant Aetna has breached its duty to the Plaintiff. As such Defendant Aetna has violated C.R.S. § 10-3-1115 & C.R.S. §10-3-1116. Thus, Plaintiff seeks and is entitled to recover reasonable attorney fees, court costs, and two times the covered benefit.

Wherefore, Plaintiff Letticia Ruiz requests the Court enter an order dismissing Plaintiff Credit System, Inc.'s complaint, with prejudice, award Plaintiff Ruiz her reasonable costs and attorneys' fees, and award

such other and further relief as the Court deems just and proper and all damages provided by law through Plaintiff's Counter Claims. (1) incidental and consequential damages, (2) damages under breach of contract, (3) damages under the Colorado Consumer Protection Act (4) treble damages under the Colorado Consumer Protection Act, (5) attorney's fees under the Colorado Consumer Protection Act, (6) interest provided by statute, (7) costs, (8) and any other relief the Court deems necessary and proper.

10. If a counterclaim is asserted above, you must check one of the following statements:
    x The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

11. The Defendant(s)/Cross Plaintiff Ruiz:
    ☐ Request(s) a trial to the court.
    x Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____NA_____
Signature of Defendant(s)

_____[signature]_____
Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): 2633 Mesa Springs View, Colorado Springs 80907

Phone Number(s) of Defendant(s): (720) 548-8083

## CERTIFICATE OF SERVICE

I certify that on Nov. 19th 2013 (date) a true and accurate copy of this ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE was served on Plaintiff Credit Systems the other party(s) or attorney(s) by: ICCES

☐ Hand Delivery ☐ E-filed ☐ Faxed to this number _____ or ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____
_____
_____

_____[signature]_____
Defendant(s) or Attorney for Defendant(s) Signature