| | |
|---|---|
| County Court, El Paso County, Colorado<br>Court Address: 270 S Tejon, Colorado Springs, Colorado<br><br>**Plaintiff:**   CREDIT SYSTEMS, INC.<br><br>**Defendant(s):**   LETTICIA A RUIZ | |
| Attorney or Party Without Attorney (Name and Address):<br><br>Ruth A. Sharp, Ruth A. Sharp, P.C., Attorney for Plaintiff<br>PO Box 25099<br>Colorado Springs, CO 80936-5099<br><br>Phone Number: (719) 548-0121<br>FAX Number: (719) 548-0122        Atty Reg. #: 26332 | ▲ COURT USE ONLY ▲<br>Case Number:<br><br>Division:      Courtroom: |

## COMPLAINT

COMES NOW the Plaintiff, by its attorney, Ruth A. Sharp, P.C., Attorney at Law, and alleges as follows as its Complaint against the above named Defendant(s):

1. That Plaintiff is a licensed Colorado collection agency. It has had assigned to it a claim or claims against the above named Defendant(s) which is due and which the Defendant(s) has(have) not paid. The amount of Plaintiff's Claim(s) is listed on Exhibit A (attached hereto).

2. The amount claimed from the Defendant(s) includes proper interest, estimated court costs, and estimated attorney fees pursuant to statute or specific agreement.

3. If a spouse is named a party herein, he/she is jointly and severally liable pursuant to C.R.S. 14-6-110, et seq (as amended), commonly known as the Family Purpose Doctrine..

4. That Defendant(s) is(are) a resident of EL PASO County, Colorado. If the Defendant(s) resides in a county other than El Paso county, venue is proper in El Paso County because the obligation was incurred in El Paso County.

5. That the amount claimed herein does not exceed Fifteen Thousand Dollars ($15,000).

6. To the best of Plaintiff's information and belief, the Defendant(s) is(are) not a member of the United States military.

7. The Plaintiff(s) does not demand trial by jury (if demand is made, a jury fee of $98.00 in addition to the filing fee must be paid).

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

WHEREFORE, Plaintiff respectfully requests that a judgment enter against the Defendant(s).

Ruth A. Sharp, P.C., Attorney for Plaintiff

By _/s/ Ruth A. Sharp_
# 26332

ADDRESS OF PLAINTIFF:
1485 Garden of the Gods Rd Ste 120
Colorado Springs, CO 80907
Telephone: (719) 380-1393

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU WISH TO PAY THIS CLAIM, CONTACT ATTORNEY RUTH SHARP AT 719-548-0121.

CREDIT SYSTEMS, INC. v. LETTICIA A RUIZ et al

**EXHIBIT A**

| CREDITOR | INTEREST RATE | CLAIM TYPE | ASSIGNED AMOUNT |
|---|---|---|---|
| BRIEN J WHITTINGTON DO | 18% | MEDICAL | $315.65 |
|  | % |  |  |
|  | % |  |  |
|  | % |  |  |
|  | % |  |  |
|  | % |  |  |
|  | % |  |  |
|  | % |  |  |
| PRINCIPAL TOTAL |  |  | $315.65 |
| INTEREST |  |  | $7.17 |
| ESTIMATED COURT COSTS |  |  | $133.85 |
| ESTIMATED ATTORNEY FEES |  |  | $500.00 |
| TOTAL AMOUNT OF CLAIM |  |  | $956.67 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.