IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03456-RPM

CREDIT SYSTEMS, INC.,

      Plaintiff,
v.

LETTICIA A. RUIZ,

      Defendant/Cross Plaintiff,
v.

BRIEN WHITTINGTON,
AETNA HEALTH & LIFE INSURANCE COMPANY d/b/a,
AETNA, AETNA CASUALTY, AETNA HEALTH, INC., AETNA HEALTH
INSURANCE COMPANY,

      Cross Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 14, 2014, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 6, 2014.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

FURTHER ORDERED that counsel for the plaintiff shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

DATED: January 23rd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge