## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:13-cv-03456-RPM

**CREDIT SYSTEMS, INC.**

    Plaintiff

v.

**LETICIA RUIZ**

    Defendant/ Cross Plaintiff

v.

**BRIEN WHITTINGTON, AETNA HEALTH & LIFE INSURANCE COMPANY D/B/A/, AETNA, AETNA CASUALTY, AETNA HEALTH, INC., AETNA HEALTH INSURANCE COMPANY.**

    Cross Defendants

___

## ORDER RE: STIPULATION FOR DISMISSAL OF CROSS DEFENDANT AETNA
___

**THIS MATTER**, having come before the Court on the Stipulation for Dismissal of Cross Defendant Aetna, and this Court being fully advised, does hereby: **GRANTS** the Stipulation to Dismiss**.** Aetna is hereby dismissed with prejudice with each side to pay its own attorneys' fees and costs.

DATED this 31st day of March, 2014.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge